UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Damon L. Rucker,

                Petitioner(s),

v.                                    Case No. 2:25−cv−10255−TGB−KGA
                                        Hon. Terrence G. Berg

Eric Rardin,

                Respondent(s),

**NOTICE REGARDING PARTIES' RESPONSIBILITY
TO NOTIFY COURT OF ADDRESS CHANGE**

    **THIS NOTICE IS A REMINDER** that you are required, pursuant to E.D. Mich. LR 11.2, to promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever your address, e−mail address, phone number and/or other contact information changes. In addition, Rule 11 of the Federal Rules of Civil Procedure requires you to include your address on every document filed with the Clerk.

    Failure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of your case.

    Notices regarding changes to your address or other contact information should include the following:

- Your Name
- Your New Address
- Your New E−Mail Address and/or Telephone Number
- Your Case Number
- If you are a prisoner, your Inmate Number

    Send your notice to the Clerk at:

        United States District Court
        Clerk's Office
        231 Lafayette Boulevard
        Detroit, Michigan 48226

    Remember, your failure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of your case.

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                      KINIKIA D. ESSIX, CLERK OF COURT

                                By: s/Caitlin M Shrum
                                Deputy Clerk

Dated: January 30, 2025