UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Damon L. Rucker

        Plaintiff(s),          Case No. 25-cv-10255

v.          Judge Terrence G. Berg

Eric Rardin          Magistrate Judge Kimberly G. Altman

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __4__, filed __3/13/2025__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☑ Other: Responsive pleading served on the wrong party

If you need further clarification or assistance, please contact __Ms. Granger__ at __(313) 234-5009__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: March 18, 2025          s/LGranger
      Deputy Clerk