United States District Court
Eastern District of Michigan

Damon L. Rucker,

    Petitioner,

v.

Eric Rardin, Warden,

    Respondent.

Civil No. 25-10255

Honorable Terrence G. Berg
Mag. Judge Kimberly G. Altman

## Appearance

Notice is given that Jessica Currie, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the defendant in the above-captioned case.

Julie A. Beck
Acting United States Attorney

s/Jessica Currie

Jessica Currie
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-9531
Jessica.Currie@usdoj.gov
P74213

Date:  March 20, 2025

# Certificate of Service

I hereby certify that on March 20, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

n/a

I further certify that I have mailed by U.S. mail the foregoing paper to the following non-ECF participants:

Damon LaMount Rucker, #44137-424
FCI Milan
P.O. Box 1000
Milan, MI  48160

          s/ Jessica Currie
          Jessica Currie
          Assistant U.S. Attorney
          211 W. Fort St., Ste. 2001
          Detroit, MI  48226
          (313) 226-9531
          Jessica.Currie@usdoj.gov
          P74213