FILED
MAY 28 2025
CLERK'S OFFICE
DETROIT

5/19/25

Honorable David R. Grand

I am writing in regards to Case No. 25-10255 which had a Government Response date on or before May 10, 2025. To this date I have not received anything. I have a high level of concern with mail being delayed here at FCI Milan especially when matters are of the B.O.P.

Your Honor I just would like the record to reflect I have not received that response nor an extension of date. I humbly ask can you help me with this matter. Thank you in advance. Sincerely,

Damon C. Rucker 44137-424
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

NAME Dalton Ruckik
REG. NO. 44137-424

RECEIVED
MAY 28 2025
CLERK'S OFFICE
DETROIT

METROPLEX MI 480
23 MAY 2025 PM 10 L

United States District Court
Eastern District of Michigan
Deputy Clerk C. Granick
Theodore Levin US Courthouse
231 West Lafayette Blvd - Room 564
Detroit, Michigan 48226