5/27/25



Damion L. Burger 44137-424
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

Case No. 25-10255

Judge Terrence G. Berg
Magistrate Judge Kimberly G. Altman
U.S. Magistrate Judge David R. Grand
Deputy Clerk L. Granger

FILED
JUN 02 2025
CLERK'S OFFICE
DETROIT

I am writing in regards to Case No. 25-10255. I received a "Order Requiring Responsive Pleading" letter which the Government was required to respond on or before May 10, 2025. At this date and time, I have not received that Responsive Pleading from the Government. Being the date has came and past means the Government and Warden Eric Rardin concede to my filing. If an extension was giving to the Respondent I have not been notified! If a Response was made, I have not received one! I ask that the Courts accept my filing with good faith and grant my petition. Thank you in advance for your consideration in my matter.

FILED
JUN 02 2025
CLERK'S OFFICE
DETROIT

Case 2:25-cv-10255-TGB-KGA

DAMON [signature]
NAME
44137-424
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

[postmark: 48226 2500 8123 2718 0052]

[stamp: FOREVER USA PURPLE HEART]

[Clerk's Office stamp: JUN 02 2025 CLERK'S OFFICE U.S. DISTRICT COURT]

United States District Court
For The Eastern District of Michigan
Office of The Clerk
Theodore Levin United States Courthouse
231 West Lafayette Blvd - Room 564
Detroit, Michigan 48226