6/2/25

FILED
JUN 06 2025
CLERK'S OFFICE
DETROIT

Brandon Rucker 41132-424
Federal Correctional Institution
P.O. Box 1000
Milan, M.I. 48160

Case No. 25-10255

Judge Terrence G. Berg ; Magistrate Judge Kimberly G. Altman,

    This is my 3rd letter concerning Case No. 25-10255. I recently wrote two (2) letters dated 5/19/25 and 5/27/25 explaining I had not received the governments response to my petition which was due on 5/10/25 or before. I have finally received this response today 6/2/25 appx around 7ish pm from my unit officer. This was the matter I was concerned with, in the B.O.P FCI Milan holding my legal mail in an attempt to have my rebuttle time elaspe. Unfortunately the legal library was closed when I received the mail because I would like to send the original government response back to you so that you can see what I've received which I'll send out tomorrow and explain FCI Milan deceptions!

    As for me proceeding forward in this case, I have no response due date for I, the petitioner so I would ask the courts to send me a due date that excludes the twenty-three (23) days it took for me to receive the government response. I also ask that any future mail be stamped "to open in front of inmate" so that all dates are documented! I thank you for your time and consideration in this matter.

Sincerely,

Case 2:25-CV-10255-TGB-KGA

Andrew L Rucker 44137-424

NAME: Andrew L Rucker
REG. NO.: 44137-424

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
JUN 06 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
3 JUN 2025 PM 7 L

U.S. MARSHALS

United States District Court
For The Eastern District of Michigan
Office of The Clerk
Theodore Levin United States Courthouse
231-West Lafayette Blvd - Room 564
Detroit, Michigan 48226

48226-271839