9/21/25


FILED
SEP 25 2025
CLERK'S OFFICE
DETROIT

CASE NO: 25-10255

Honorable Terrence G. Berg

As you know I am incarcerated here in Milan, Michigan at FCI Milan. My projected release date is 7-30-2034. During this time I am projected to earn close to 6000 credit accrual days (190+ months). This would give me close to 3000 FSA Conditional Placement Days applied to my projected release date in turn making my conditional placement date around 12-9-2026 under FSA. After applying a year of SCA Conditional Days would move my Conditional Transition to Community Date to 12-9-2025. I was suppose to have been put in for Halfway House/Home Confinement this past June but this has not happened at this time. As we know the Director of BOP put a Memo out directing Bureau of Prisons, FCI Milan that.. Conditional Placement Dates/Days will be "Based on Projected Credit Accrual and Statutory Timelines will drive timely referrals, NOT Bureaucratic Inertia."

I ask my unit manager could he put me in for Halfway House/Home Confinement (SCA) and he stated "That was impossible." He further stated "My Conditional Transition to Community Date is 6-26-2028." I asked where all my Conditional Placement Days Go? He said I can not utilize those days I'm projected to earn while in the Halfway House/Home Confinement. I told him this @ Contradicts @ the FSA and the Directors Memo of June 17th, 2025. Which both say you can earn FSA Time Credit while in Halfway House and Home Confinement. The two are still in BOP Custody!! He said file & exhaust my Administrative Remedies, then file to the Courts. I told him I'm already in the Courts. He said if the Judge grants you, then so be it! I asked,

①

When the courts rule in favor of the inmate, why do the BOP make others (inmates) file for the same thing, instead of honoring past rulings!? He said the courts don't make it presidence across the board to apply to all.

Judge T. Berg, everyday rulings are being past down against the B.O.P dealing with FSA. In fact a case out the 9th Circuit could be viewed in similar gravity!!

✱ Case: Gonzalez v. Herrera  No: 24-2371 (9th Cir. 2025) ✱

Your Honor I ask that you make the B.O.P do what is right and legally bounded to do which is put me in for Halfway House/Home Confinement for a Conditional Transition to Community day of 12-9-2025 or the exact which is around that date!

I humbly apologize for my consistancy but I know the B.O.P will not do right or do what they are legally bound to do without you forcing them to. Thank you for your time in this matter!!

Case No: 25-10255

(2)

