UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DAMON L. RUCKER**, <br><br> Plaintiff, <br><br> vs. <br><br> **ERIC RARDIN**, <br><br> Respondent. | **2:25-CV-10255-TBG-KGA** <br><br><br> **JUDGMENT** |

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that permission to appeal in forma pauperis is **GRANTED**.

Dated at Detroit, Michigan, this 21st, day of November, 2025.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

APPROVED:
                                        BY: /s/E. Vradenburg
                                                   DEPUTY CLERK

/s/Terrence G. Berg
Terrence G. Berg
United States District Judge