UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMON L. RUCKER,
    Plaintiff,
vs.

Case No. 2:25-CV-10255-TBG-KGA

ERIC RARDIN,
    Respondent.

FILED
DEC 16 2025
CLERK'S OFFICE
DETROIT

## NOTICE OF APPEAL

Damon L. Rucker, hereby submits this Notice of Appeal of the recent "Order Denying Petition For Writ of Habeas Corpus" and "Motion to Correct Calculation of FSA Time Credit", filed under 28 U.S.C. 2241, and denied by this Court on 11/21/25.

It is further noted that this Court Granted permission for Plaintiff to appeal in forma pauperis within the order.

Respectfully submitted to this Court and mailed through the U.S. Postal Service, and placed in the prison mail box on Tuesday December 9, 2025.

12/9/2025

Damon L. Rucker # 44137-424
FCI MILAN
P.O. BOX 1000
MILAN, MI . 48160

Damon L. Ruckel
44137-424
NAME
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
DEC 16 2025
CLERKS OFFICE
DETROIT

METROPLEX MI 480
10 DEC 2025 PM 5 L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
Through Levin United States Courthouse
231 WEST LAFAYETTE BLVD - ROOM 564
DETROIT, MICHIGAN 48226