UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Damon L. Rucker,

      Plaintiff(s),

v.

                                     Case No. 2:25–cv–10255–TGB–KGA
                                     Hon. Terrence G. Berg

Eric Rardin,

      Defendant(s).

---

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on December 16, 2025.


KINIKIA D. ESSIX, CLERK OF COURT


By: s/ S. Schoenherr
    Deputy Clerk


Dated:   December 16, 2025